IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAQUAN FINNEY,<br>    Plaintiff, | Civil Action No. 7:21CV00261 |
| v. | **MEMORANDUM OPINION** |
| STEVEN MNUCHIN, <u>et al.</u>,<br>    Defendants. | By: Michael F. Urbanski<br>Chief United States District Judge |

    Plaintiff, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to <u>Bivens v. Six Unknown Names Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). By order entered May 24, 2021, the court directed plaintiff to submit within twenty days from the date of the order a signed Consent to Fee. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than twenty days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER: This 29th day of June, 2021.

Michael F. Urbanski<br>
Chief U.S. District Judge<br>
2021.06.29 16:06:16<br>
-04'00'<br>
_____<br>
Chief United States District Judge